

# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2019

No. 04-18-00609-CV

Allison **WHITE**,
Appellant

v.

Jason **WALSH**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02528
Honorable Stephani A. Walsh, Judge Presiding

## O R D E R

Sitting:      Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Beth Watkins, Justice

Appellee's motion to dismiss this appeal is denied.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court